# EXHIBIT B



**THE SOUTH CAROLINA DEMOCRATIC PARTY**

915 LADY STREET, SUITE 111 | COLUMBIA, SC 29201 | WWW.SCDP.ORG | P. (803) 799-7798 | F. (803) 765-1692

December 29, 2015

Mr. Roque "Rocky" De La Fuente

Dear Mr. De La Fuente,

Thank you for filing to appear on the South Carolina Democratic Party's February 27th, Presidential Preference Primary ballot. Pursuant to the SCDP's 2016 Delegate Selection Plan, the Party's Executive Council met on Monday, December 7, 2015 to consider all of the Democratic presidential campaign filings. The purpose of this letter is to inform you that the Council did not approve your filing.

Enclosed you should find your check for the filing fee.

We wish you the best of luck in your campaign and future endeavors.

Sincerely,

Jaime Harrison
Chair, South Carolina Democratic Party

Paid for by the South Carolina Democratic Party, Jaime Harrison, Chair.